**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

              Plaintiff,

v.

D-1 TORIANO ADAMS,
D-2 ANTHONY ADAMS,
D-3 DEVIN SIMMONS,
D-4 AATIF BROWN,
D-5 OD WILLIAMS,
D-6 DENICO ADAMS,
D-7 RODNEY GIST,
D-8 TAYAN JACKSON,

              Defendants.
_____/

CASE NO. 18-20641

Hon. Terrence G. Berg

## ACKNOWLEDGEMENT OF PROTECTIVE ORDER [ECF No. 86]

I, William W. Swor, filed a stipulation for substitution of counsel for defendant Toriano Adams in this matter on July 21, 2020. (ECF No. 210). I have requested discovery from the United States. Accordingly, I acknowledge the stipulated protective order entered by the Court on November 15, 2018 (ECF No. 86, PageID.338) and agree to its terms.

/s/ *Williams W. Swor*
Attorney for D-1 Toriano Adams
Email: wwswor@sworlaw.com

Dated: February 5, 2020