UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                            Case No.: 18-CR-20641
v.                                            Hon. Terrence G. Berg

TORIANO ADAMS,

        Defendant.

_____/

## ORDER MODIFYING CONDITIONS OF RELEASE

The above matter having come before the Court upon the stipulation of the parties, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that Defendant Toriano Adams terms of release be modified to allow him to travel to 30100 Rock Creek Dr., Southfield, Michigan 48076 on May 14, 2021 and remain there (including the immediate area around the residence) from 3:00pm to 6:00pm. Mr. Adams shall leave that address no later than 6:00pm and return directly to his home. Mr. Adams may make one stop to purchase gasoline.

**IT IS FURTHER ORDERED** that all other terms and conditions of the Defendant's release in this matter shall remain in full force and effect.

**IT IS SO ORDERED.**

                                                        /s/Terrence G. Berg
                                                        Hon. Terrence G. Berg
                                                       UNITED STATES DISTRICT JUDGE

Dated: May 14, 2021