UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                       Case No.: 18-CR-20641

v.                                      Hon. Terrence G. Berg

TORIANO ADAMS,

       Defendant.

_____/

## STIPULATION TO MODIFY CONDITIONS OF RELEASE

NOW COME, the above named parties, by and through their counsel and stipulate and agree to modify conditions of release to allow Defendant Toriano Adams to leave home under the terms and conditions, showing as follows:

Mr. Adams shall have permission to leave his home from 11:00AM - 10:00PM Saturday, August 28, 2021 for the purpose of taking his daughter to East Lansing Michigan, to Michigan State University, assist her moving into her dormitory and, take her shopping for last-minute dormitory items, take her to eat and then drive home. Mr. Adams may make two stops to purchase gasoline. In addition, the following conditions are imposed:

    a. Mr. Adams shall provide verification that his daughter will reside at the dormitory at Michigan State University.

    b. Mr. Adams shall provide receipts from any store at which he and his daughter shop.

    c. Mr. Adams shall give prior notification to pretrial services of any restaurant at which he and his daughter dine, if the restaurant is

off-campus.

All other terms and conditions of the Toriano Adams' release on bond in this matter shall remain in full force and effect.

**IT IS SO STIPULATED**

*s/Ryan Particka (with consent*
RYAN PARTICKA
Assistant United States Attorney
211 W. Fort Street
Suite 2001
Detroit, MI 48226
(313) 226-9100
ryan.particka@usdoj.gov

*s/ William W. Swor*
WILLIAM W. SWOR (P21215)
Attorney for Toriano Adams
2450 Guardian Building
500 Griswold Street
Detroit, MI 48226
(313) 967-0200
wwswor@wwnet.net

Dated: August 26, 2021

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**                    Case No.: 18-CR-20641

v.                                        Hon. Terrence G. Berg

**TORIANO ADAMS,**

      **Defendant.**

_____/

**ORDER MODIFYING CONDITIONS OF RELEASE**

The above matter having come before the Court upon the stipulation of the parties, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that Defendant Toriano Adams shall have permission to leave his home from 11:00AM - 10:00PM Saturday, August 28, 2021 for the purpose of taking his daughter to East Lansing Michigan, to Michigan State University, assist her moving into her dormitory and, take her shopping for last-minute dormitory items, take her to eat and then drive home. Mr. Adams may make two stops to purchase gasoline. In addition, the following conditions are imposed:

    a. Mr. Adams shall provide verification that his daughter will reside at the dormitory at Michigan State University.

    b. Mr. Adams shall provide receipts from any store at which he and his daughter shop.

    c. Mr. Adams shall give prior notification to pretrial services of any restaurant at which he and his daughter dine, if the restaurant is

off-campus.

**IT IS FURTHER ORDERED** that all other terms and conditions of the Defendant's release in this matter shall remain in full force and effect.

**IT IS SO ORDERED.**

/s/Terrence G. Berg_____
Hon. Terrence G. Berg
UNITED STATES DISTRICT JUDGE

Dated:   August 26, 2021