## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

TORIANO ADAMS,

      Defendant.

Case No.: 18-CR-20641
Hon. Terrence G. Berg

_____/

## INDEX OF EXHIBITS

Exhibit A - Use of Shadow Guidelines_ NYLJ

Exhibit B - ABA Shadow Guidelines_ Answer to 'Seemingly Mindless Acceleration' of Penalties for White Collar Crimes

Exhibit C - 34th District ROA

Exhibit D - Table27

Exhibit E - Table28

Exhibit F - Quick Facts on Federal Aggravated Identity Theft Offenses (18 U.S.C

Exhibit G - CM_ECF - 1028A cases

Exhibit H – Comparable Table