# EXHIBIT J

**Subject:** Toriano Adams
**From:** "Ja&#39;Nesa Heath" <janesa7311@yahoo.com>
**Date:** 10/5/2021, 8:00 AM
**To:** <wwswor@wwnet.net>


To Whom This May Concern;

I am writing this letter in regards to Toriano Adams. I have known Mr.Adams for the last 15 years. He is hardworking, a great father, and always striving to help build up moral in the community. He was very involved with youth groups and in sports an a great mentor to young men. During this period of transition he has learned from mistakes he has made, and has been making progress to get back on the right track. I am the Assistant Director of Nursing at a 270 bed facility in the Downriver area. Mr. Adams is one of the reasons why I chose to further my career in healthcare. I will always be thankful to him for that.

Sincerely,
   Ja'Nesa Heath

Sent from Yahoo Mail for iPhone

Angela Rosser
1109 Strausberg St
Accokeek, MD 20607

October 04, 2021

Re: Toriano Adams

To: The Honorable Judge

I have known Toriano Adams for several years now. I was both troubled and surprised to hear about this recent case as he has always been a rather soft spoken person with a gentle and kind hart.  Toriano is married to my niece and has always shown our family love, respect and support.  He reached out to our entire family to ask for her hand in marriage.  Thus, solidifying what I have always felt to be true regarding his character.  Warm, caring, and concerned about others.

Going the extra mile to support everyone within his family and ours.  Toriano, has proven to be the back bone of his family and the go to person for everyone and everything.  I can't imagine the amount of pressure that this young man has endured trying to provide for everyone and be the support system for his entire family.  Toriano has taken on the role as the protector and provider for his entire family since childhood.  It is my understanding that he encountered many trials, tribulations and setbacks during his younger years.  Working hard at the local grocery store as a food bagger at the young age of eight to earn extra cash to buy school clothes and food for him and his brothers.  Despite growing up in a dysfunctional home, without parental guidance and support he beat the odds and tried to make something of himself.  He worked hard, stayed focused and went on to earn a college degree from Lindenwood University with a Major in Criminal Justice.

It is for the reason I am happy to write a letter of reference for Toriano regarding this matter.  I understand the seriousness of this matter, however, I hope the court will show some leniency and mercy toward this young man.

Toriano Adams has always been an upright character in the community.  He's worked very close with the youth in the AAU, traveling around the country and supporting the young men as a mentor and coach He's dedicated to working with the youth and helping them develop professionally and personally.

Toriano is a loving, caring Husband, Father and Friend.  He's shared his dreams with me of making a difference for young men who are born into dysfunctional households, living in poverty and witnessing crime.  One of Toriano's many goals in life is to try and make a difference and lead by example.

It is my sincere hope the court takes this letter into consideration.  Despite the current case, I still believe Toriano Adams to be an honorable young man, a valuable member of our community, and a good kind human being.

It is my Prayer and hope that your Honor show grace and mercy to this young man.

Sincerely,


Angela Rosser, Agent/Owner
State Farm Insurance Companies
7700 Old Branch Ave B-102
Clinton, Maryland 20735

Office 202-547-0008
Cell 202-295-7994